IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAILEN L. RUISE,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2905

Opinion filed October 10, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Jailen L. Ruise, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for belated appeal is denied on the merits.

LEWIS, RAY, and WINSOR, JJ., CONCUR.